Certificate Number: 17082-MSS-DE-040119589

Bankruptcy Case Number: 20-51400



17082-MSS-DE-040119589

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 23, 2025, at 6:22 o'clock AM MST, MARYANN PITTMAN completed a course on personal financial management given by telephone by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date: September 23, 2025

By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director