**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   Mary Ann Pittman, Debtor                                    Case No. 20-51400-KMS
                                                                     Chapter 13

**DEBTOR'S CERTIFICATION AND MOTION FOR ENTRY OF CHAPTER 13
DISCHARGE PURSUANT TO 11 U.S.C. §1328 (a) and (h)**

**This motion seeks an order discharging the debtor(s) pursuant to § 1328(a) of the bankruptcy code. If you oppose this motion, you must file a response with the court within twenty-one (21) days from the date listed below in the certificate of service. Your response must set forth the specific factual allegations with which you disagree, and a copy of your response must be served on the debtor(s) and debtor's(s') attorney. If no timely response is filed, the court may grant this motion without holding a hearing. A timely response is necessary for a hearing to be held.**

1. By signing below, the debtor certifies under penalty of perjury that the following statements are true and correct:

    A. For cases filed on or after March 10, 2008, I have completed a personal financial management instructional course provided through an agency approved by the United States Trustee and have filed the certificate of completion provided by the course provider (in a joint case, both husband and wife must each complete the course and file a certificate of completion) or the approved personal financial management course provider has notified the court that I have completed a post-petition instructional course concerning personal financial management. **11 U.S.C. § 1328(g)**

    B. All pre-petition amounts owed by me on domestic support obligation ("Domestic Support Obligation" as defined at 11 U.S.C §101(14A)), if any, have been paid to the extent provided by the plan. All post-petition amounts owed by me on a domestic support obligation, if any, have been paid. **11 U.S.C §1328(a)**

    C. I have not received a discharge under chapter 7, 11 or 12 of the Bankruptcy Code in a prior case filed during the four-year period preceding the date that the petition was filed in this case. **11 U.S.C. §1328(f)(1)**

    D. I have not received a discharge under chapter 13 of the Bankruptcy Code in a prior case filed during the two-year period before the date that the petition was filed in this case. **11 U.S.C. §1328(f)(2)**

    E. I have not been convicted of a felony, the circumstances of which would demonstrate that the filing of this bankruptcy case constituted an abuse of the provisions of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(A)**

    F. If I owe a debt arising from: (i) any violation of any State or Federal securities laws, regulations or orders, (ii) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security, (iii) a civil remedy under 1964 of Title 18 of the United States Code, or (iv) that caused serious injury or death to another individual in the preceding five (5) years, in the preceding five (5) years, then I have not claimed an exemption for my/our residence in an amount in excess of the statutory cap as

   prohibited by §522(q)(1) of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(B)**

  G. No proceeding is pending in which I may be found guilty of a felony of the kind described in §522(q)(1)(A) or in which I may be found liable for a debt of the kind described in §522(q)(1)(B). **11 U.S.C. §1328(h)(2)**

  H. I have made all payments required by my confirmed Chapter 13 plan.

2. Debtor hereby moves the court for the entry of a discharge order in this case.

Signed: **/s/ Mary Ann Pittman**         **09/28/2025**
   Mary Ann Pittman            Date

 **/s/ Thomas C. Rollins, Jr.**         **09/29/2025**
Thomas C. Rollins, Jr., MS Bar No. 103469      Date
Attorney for the Debtor
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601.500.5533

3. Mailing address for filing responses:

| Jackson Office: | Gulfport Divisional Office: |
|---|---|
| Danny L. Miller, Clerk | Danny L. Miller, Clerk |
| United States Bankruptcy Court | United States Bankruptcy Court |
| Thad Cochran US Courthouse | Dan M. Russell, Jr. U.S. Courthouse |
| 501 E Court St, Ste 2.300 | 2012 15th St, Suite 244 |
| Jackson, MS 39201 | Gulfport, MS 39501 |

## CERTIFICATE OF SERVICE

On **09/29/2025**, a copy of this pleading was served on each of the persons listed on the attached service list either by prepaid United States mail or via electronic service through the Court's EM/ECF system at the mailing addresses and/or email addresses indicated.

              **/s/ Thomas C. Rollins, Jr.**
             Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>MARY ANN PITTMAN | CASE NO: 20-51400-KMS<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 9/29/2025, I did cause a copy of the following documents, described below,

Notice and Motion for Entry of Chapter 13 Discharge

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/29/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 20-51400-KMS |
|---|---|
| MARY ANN PITTMAN | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |

On 9/29/2025, a copy of the following documents, described below,

Notice and Motion for Entry of Chapter 13 Discharge

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/29/2025

_/s/ Miles Wood_

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO
 LABEL MATRIX FOR LOCAL NOTICING      REGIONS BANK                          WILMINGTON TRUST  NATIONAL ASSOCIATION
NCRS ADDRESS DOWNLOAD                  CONSUMER COLLECTIONSBH4441            NOT
CASE 20-51400-KMS                      PO BOX 10063                          PO BOX 55004
SOUTHERN DISTRICT OF MISSISSIPPI       BIRMINGHAM  AL 35202-0063             IRVINE  CA 92619-5004
MON SEP 29 10-49-14 PST 2025




EXCLUDE

US BANKRUPTCY COURT                    BELK                                  CAPITAL ONE NA
DAN M RUSSELL  JR US COURTHOUSE        PO BOX 530940                         BY AMERICAN INFOSOURCE AS AGENT
2012 15TH STREET  SUITE 244            ATLANTA  GA 30353-0940                4515 N SANTA FE AVE
GULFPORT  MS 39501-2036                                                      OKLAHOMA CITY  OK 73118-7901




COMENITY BANK                          CREDIT ONE BANK                       DILLARDSWELLS FARGO
PO BOX 182789                          PO BOX 98872                          PO BOX 77053
COLUMBUS  OH 43218-2789                LAS VEGAS  NV 89193-8872              MINNEAPOLIS  MN 55480-7753




ELIZABETH CROWELL PRICE                (P)FAMILY CHOICE FINANCIAL            FIRST HERITAGE
DEAN MORRIS  LLC ATTORNEY FOR          3208 SERVICE DRIVE                    1024 HWY 51  98
WILMINGTON TRUST  NATIONAL ASSOCIATION SUITE E                               STE C
1820 AVENUE OF AMERICA                 PEARL MS 39208-3539                   MCCOMB  MS 39648
MONROE  LA 71201-4530




FIRST HERITAGE CREDIT OF MISSISSIPPI   HYUNDAI CAPITAL AMERICA DBA           KIA MOTORS FINANCE
LLC D                                  KIA MOTORS FINANCE                    10550 TALBERT AVE
1ST HERITAGE CREDIT                    PO BOX 20825                          FOUNTAIN VALLEY  CA 92708-6031
FIRST HERITAGE CREDIT                  FOUNTAIN VALLEY  CA 92728-0825
1024 HWY 51  98 STE C
MCCOMB  MS 39648




MERRICK BANK                           MERRICK BANK                          (P)PORTFOLIO RECOVERY ASSOCIATES LLC
RESURGENT CAPITAL SERVICES             PO BOX 9201                           PO BOX 41067
PO BOX 10368                           OLD BETHPAGE  NY 11804-9001           NORFOLK VA 23541-1067
GREENVILLE  SC 29603-0368




QUANTUM3 GROUP LLC AS AGENT FOR        REGIONS BANK                          REGIONS BANK
COMENITY BANK                          720 NORTH 39TH STREET                 PO BOX 10063
PO BOX 788                             BIRMINGHAM  AL 35222-1112             BIRMINGHAM  AL 35202-0063
KIRKLAND  WA  98083-0788



                                       EXCLUDE

(P)REPUBLIC FINANCE LLC                (D)(P)REPUBLIC FINANCE LLC            RUSHMORE LOAN MANAGEME
282 TOWER RD                           282 TOWER RD                          PO BOX 55004
PONCHATOULA LA 70454-8318              PONCHATOULA LA 70454-8318             IRVINE  CA 92619-5004




                                                                             EXCLUDE

SYNCHRONY BANK                         SYNCHRONY BANK                        UNITED STATES TRUSTEE
PO BOX 105972                          PO BOX 965028                         501 EAST COURT STREET
ATLANTA  GA 30348-5972                 ORLANDO  FL 32896-5028                SUITE 6-430
                                                                             JACKSON  MS 39201-5022
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

|  | EXCLUDE | DEBTOR |
|---|---|---|
| WILMINGTON TRUST NATIONAL ASSOCIATION<br>NOT<br>RUSHMORE LOAN MANAGEMENT SERVICES<br>PO BOX 55004<br>IRVINE CA 92619-5004 | ~~(P)DAVID RAWLINGS~~<br>~~ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE~~<br>~~PO BOX 566~~<br>~~HATTIESBURG MS 39403-0566~~ | MARY ANN PITTMAN<br>294 OAK GROVE RD<br>TYLERTOWN MS 39667-8131 |

~~EXCLUDE~~

~~THOMAS CARL ROLLINS JR~~
~~THE ROLLINS LAW FIRM PLLC~~
~~PO BOX 13767~~
~~JACKSON MS 39236-3767~~