United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                              Case No. 20-51400-KMS

MARY ANN PITTMAN                                                                    Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0538-6 | User: mssbad | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Oct 24, 2025 | Form ID: 3180W | Total Noticed: 26 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | MARY ANN PITTMAN, 294 Oak Grove Rd, Tylertown, MS 39667-8131 |
| cr | + | Wilmington Trust, National Association, not in its, P.O. Box 55004, Irvine, CA 92619-5004 |
| 4932629 | | First Heritage, 1024 Hwy 51 & 98, Ste C, McComb, MS 39648 |
| 4933487 | | First Heritage Credit of Mississippi, LLC d/b/a, 1st Heritage Credit, First Heritage Credit, 1024 Hwy 51 & 98 Ste C, McComb, MS 39648 |
| 4938122 | + | Wilmington Trust, National Association, not in its, Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: newbk@Regions.com | Oct 24 2025 19:24:00 | Regions Bank, Consumer Collections-BH4441, PO Box 10063, Birmingham, AL 35202-0063 |
| 4932624 | + | EDI: SYNC | Oct 24 2025 23:21:00 | Belk, PO Box 530940, Atlanta, GA 30353-0940 |
| 4941225 | + | EDI: AIS.COM | Oct 24 2025 23:28:00 | Capital One N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 4932625 | + | EDI: WFNNB.COM | Oct 24 2025 23:28:00 | Comenity Bank, Po Box 182789, Columbus, OH 43218-2789 |
| 4932626 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 24 2025 19:33:02 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 4932627 | + | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Oct 25 2025 01:34:50 | Dillard's/Wells Fargo, PO Box 77053, Minneapolis, MN 55480-7753 |
| 4938196 | ^ | MEBN | Oct 24 2025 19:23:29 | Elizabeth Crowell Price, Dean Morris, LLC Attorney for, Wilmington Trust, National Association, 1820 Avenue of America, Monroe, LA 71201-4530 |
| 4932628 | | Email/Text: rrush@familychoicefinancial.com | Oct 24 2025 19:23:00 | Family Choice Financial, Inc., 105 Stacy Dawn Dr, McComb, MS 39648 |
| 4962000 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Oct 24 2025 19:24:00 | HYUNDAI CAPITAL AMERICA DBA, KIA MOTORS FINANCE, PO BOX 20825, FOUNTAIN VALLEY, CA 92728-0825 |
| 4932630 | ^ | MEBN | Oct 24 2025 19:23:22 | Kia Motors Finance, 10550 Talbert Ave, Fountain Valley, CA 92708-6031 |
| 4941167 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 24 2025 19:33:01 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 4932631 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 24 2025 19:33:02 | Merrick Bank, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 4953403 | | EDI: PRA.COM | Oct 24 2025 23:28:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 24, 2025 | Form ID: 3180W | Total Noticed: 26 |

| 4952860 | EDI: Q3G.COM | | |
|---|---|---|---|
| | | Oct 24 2025 23:28:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 4932633 | Email/Text: bankruptcy@republicfinance.com | | |
| | | Oct 24 2025 19:24:00 | Republic Finance, 785 US Hwy 98, Columbia, MS 39429 |
| 4936749 | Email/Text: bankruptcy@republicfinance.com | | |
| | | Oct 24 2025 19:24:00 | Republic Finance, Republic Finance, LLC, 282 Tower Rd, Ponchatoula, La 70454 |
| 4951484 | + Email/Text: newbk@Regions.com | | |
| | | Oct 24 2025 19:24:00 | Regions Bank, P.O. Box 10063, Birmingham, AL 35202-0063 |
| 4932632 | + Email/Text: newbk@Regions.com | | |
| | | Oct 24 2025 19:24:00 | Regions Bank, 720 North 39th Street, Birmingham, AL 35222-1112 |
| 4932634 | + Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | Oct 24 2025 19:23:00 | Rushmore Loan Manageme, PO Box 55004, Irvine, CA 92619-5004 |
| 4932635 | + EDI: SYNC | | |
| | | Oct 24 2025 23:21:00 | Synchrony Bank, PO Box 105972, Atlanta, GA 30348-5972 |
| 4932636 | + EDI: SYNC | | |
| | | Oct 24 2025 23:21:00 | Synchrony Bank, Po Box 965028, Orlando, FL 32896-5028 |

TOTAL: 21

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2025          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| David Rawlings | on behalf of Trustee David Rawlings ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Elizabeth Crowell Price | on behalf of Creditor Wilmington Trust  National Association, not in its individual capacity, but solely as trustee of BRAVO Residential Funding Trust 2020-RPL1 Eprice@hwmlawfirm.com, ecfmail@hwmlawfirm.com |
| Samuel J. Duncan | on behalf of Trustee David Rawlings sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor MARY ANN PITTMAN trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea |

District/off: 0538-6       User: mssbad       Page 3 of 3

Date Rcvd: Oct 24, 2025       Form ID: 3180W       Total Noticed: 26

nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr

on behalf of Plaintiff MARY ANN PITTMAN trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 7

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **MARY ANN PITTMAN** | Social Security number or ITIN   **xxx–xx–9108** |
| | First Name     Middle Name     Last Name | EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name     Middle Name     Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court for the **Southern District of Mississippi** | | |
| Case number:   **20–51400–KMS** | | |

# Order of Discharge

**12/18**

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

> **MARY ANN PITTMAN**

Dated: <u>10/24/25</u>

**By the court:**     <u>/s/Katharine M. Samson</u>
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**